# WOOD & BREWER, LLC

**Invoice Date: 8/11/2016**     **Client(s)**: Michael & Melissa Roudabush / Case No. 16-52356

**SERVICES RENDERED**

| Date | Staff | Description of Work | Hours | Total |
|---|---|---|---|---|
| 6/29/2016 | KB | Email exchanges with Melissa (re surrendering Honda Odyssey) | .06 | $13.50 |
| 6/29/2016 | KB | Draft Motion to Modify | .75 | $168.75 |
| 6/29/2016 | KB | Review pay stubs and draft amended schedules I/J; Email to clients to review | .25 | $56.25 |
| 6/29/2016 | KB | Prepare and upload pay stubs to Trustee English website | .06 | $13.50 |
| 7/12/2016 | KB | Email exchange with Trustee's office (re length issue with MOD); Claims review | .25 | $56.25 |
| 7/15/2016 | KB | Receive/review Trustee's Response to MOD | .06 | $13.50 |
| 7/15/2016 | KB | Draft Amended MOD; Email to clients to review and sign | .5 | **No charge** |
| 7/15/2016 | KB | Email Melissa update (re Amended MOD filed) | .06 | **No charge** |
| 7/15/2016 | KB | Draft amended wage orders (2) | .25 | **No charge** |
| 7/15/2016 | KB | Email exchange with Trustee's office (re al issues resolved with Amended MOD) | .06 | **No charge** |
| 8/9/2016 | KB | Draft Order Approving Amended MOD | .25 | $56.25 |

*Your Case. Your Life. Our Priority.*

470 Olde Worthington Road, Suite 200 Westerville, OH 43082
www.woodbrewerlaw.com
(614) 902-3390 Office | (888) 560-1002 Fax

| 8/9/2016 | KB | Draft amended wage order (100% Melissa) | .10 | **No charge** |
|---|---|---|---|---|
| 8/9/2016 | KB | Receive/review ECF signed amended wage order | .06 | **No charge** |
| 8/11/2016 | KB | Receive/review ECF signed Order Approving Amended MOD; Email clients update | .10 | $22.50 |
| | | | **TOTAL TIME: 2.81 Hours (1.78 Billable hours)** | **TOTAL FEES: $400.50** |

**Wood & Brewer, LLC Staff Summary**

Katherine B. Brewer (KB)—Attorney: $225.00/hour

*Your Case. Your Life. Our Priority.*